1   Charles D. Oren, Esq. #103038
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800

4   Attorney for Plaintiff

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR

8                      THE EASTERN DISTRICT OF CALIFORNIA

9                                    AT FRESNO

10  Daniel Kesterson            )
                                )        1:06-CV-1583 AWI DLB
11                              )
            Plaintiff,          )        STIPULATION AND ORDER TO DISMISS
12                              )
    vs.                         )
13                              )
    Commissioner of Social      )
14  Security,                   )
                                )
15          Defendant.          )
    _____)
16

17

18          IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19  Action filed on November 4, 2006, on behalf of Plaintiff be dismissed.  After thorough

20  review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21  continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22  dismissal.

            Dated: July 27, 2007            /s/ Charles D. Oren
23
                                            CHARLES D. OREN, ESQ.
24                                          Attorney for Plaintiff

25          Dated: July 29, 2007

26                                          MCGREGOR SCOTT
                                            United States Attorney
27
                                            By: /s/ Sarah Ryan
28                                          (as authorized via facsimile)
                                            Sarah Ryan
                                            Assistant Regional Counsel

1                                                      **ORDER**

2              Pursuant to the parties's stipulation, this action is dismissed.  The Clerk of the Court

3      is DIRECTED to close this file.

4

5      IT IS SO ORDERED.

6      **Dated:    August 10, 2007**                         /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                        2